THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-CV-283-BO-RJ

| | |
|---|---|
| RITA'S ANGELS 2ND CHANCE ANIMAL RESCUE & SANCTUARY INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL**<br>) **WITHOUT PREJUDICE** |
| PETSENSE, LLC, | ) |
| Defendant. | ) |

NOW COMES Plaintiff, Rita's Angels 2nd Chance Animal Rescue & Sanctuary Inc., through the undersigned counsel, and hereby gives notice, pursuant to Rule 41(a)(1)(A), that it is voluntarily dismissing the present action.

Respectfully submitted, this the 18th day of August, 2022.

**Q BYRD LAW**

/s/ Quintin D. Byrd
Quintin D. Byrd
N.C. State Bar No. 44274
9121 Anson Way, Suite 200
Raleigh, NC 27615
Tel.: (919) 964-3330
Fax: (919) 205-3322
quintin@qbyrdlaw.com
*Attorney for Plaintiff*

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-CV-283-BO-RJ

| | ) | |
|---|---|---|
| RITA'S ANGELS 2ND CHANCE ANIMAL RESCUE & SANCTUARY INC., | ) ) ) | |
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| PETSENSE, LLC, | ) ) | |
| Defendant. | ) ) ) | |

The undersigned certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send an electronic notification to other counsel of record as listed below:

> Kevin S. Joyner, Esq.
> Jefferson P. Whisenant, Esq.
> OGLETREE, DEAKINS, NASH
> SMOAK & STEWART, P.C.
> 8529 Six Forks Road
> Forum IV, Suite 600
> Email: kevin.joyner@ogletreedeakins.com
> jefferson.whisenant@ogletreedeakins.com
> *Attorneys for Defendant*

This the 18th day of August, 2022.

/s/ Quintin D. Byrd
Quintin D. Byrd
N.C. State Bar No. 44274
Q Byrd Law
9121 Anson Way, Suite 200
Raleigh, North Carolina 27615
Tel.: (919) 964-3330
Fax: (919) 205-3322
quintin@qbyrdlaw.com
*Attorney for Plaintiff*